UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 24-6696-GW-MARx | Date | October 17, 2024 |
|---|---|---|---|
| Title | *Estela Marin v. Loews Hollywood Hotel, LLC, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | Terri A. Hourigan | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Morgan W. Simpson | Ryan C. Bykerk |

**PROCEEDINGS:** PLAINTIFF'S MOTION TO REMAND PURSUANT TO 28 U.S.C. § 1447 [14]; and SCHEDULING CONFERENCE

The Court's Tentative Ruling on Plaintiff's Motion [14] was issued on October 16, 2024 [22]. Court and counsel confer. The Tentative Ruling is adopted as the Court's Final Ruling. Plaintiff's Motion is DENIED.

Court and counsel discuss scheduling. The scheduling conference is CONTINUED to November 18, 2024 at 8:30 a.m. The parties are to file a joint report by noon on November 14, 2024.

                                                                                    :  04

                                                        Initials of Preparer    JG