**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTELA MARIN, <br><br> Plaintiff, <br><br> v. <br><br> LOWES HOLLYWOOD HOTEL, LLC, et al., <br><br> Defendants. | Case No. CV 24-6696-GW-MARx <br><br> **ORDER TO DISMISS** |

    Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED Plaintiff's claims shall be dismissed with prejudice as to her individual claims and without prejudice as to the class claims, thereby resulting in the dismissal of this civil action.

    IT IS SO ORDERED.

Dated: May 13, 2025

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE